Bryan Appeal.

Submitted November 8, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Joseph C. Murray* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellant.

No brief submitted for appellee.

OPINION PER CURIAM, January 24, 1974:
Judgment affirmed.
Mr. Justice MANDERINO dissents.